IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF ORION MARINE CONSTRUCTION, INC., AS OWNER OF THE DREDGE *WAYMON BOYD*, ITS ENGINES, GEAR, TACKLE, APPURTENANCES, EQUIPMENT, ETC. | § § § § § § § | Civil Action No. 4:13-181<br><br>In Admiralty Under Rule 9(h) |

## ORDER GRANTING PETITIONER'S MOTION FOR DEFAULT

1. A Petition for exoneration from or limitation of all liability was filed on January 24, 2013 by Petitioner, as owner of the Dredge *Waymon Boyd*. This Court issued an Order on January 31, 2013 (Document No. 6) requiring (i) Petitioner to perform direct service of process on all known potential claimants, (ii) Petitioner to effectuate service by publication on all unknown potential claimants and (iii) all claims to be filed by April 30, 2013.

2. Petitioner has demonstrated compliance with Rule F with respect to serving both known and unknown potential claimants. The claims deadline has passed. Juan Javier Ledezma filed a claim. This Order does not apply to that Claimant.

3. In light of the Unopposed Motion for Default filed by Petitioner, the Court, under Federal Rule of Civil Procedure 55(b)(2) and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, hereby orders and issues a default judgment against all persons claiming damages for any and all losses, damages, injuries, and destruction arising out of, occasioned or occurring during the voyage of the *Waymon Boyd* in question and described in the Complaint and Petition who did not file and presented claims and/or answers by April 30, 2013.

4. Such default judgment is judicially noted and the said persons in default are barred from filing any claims and answers in this or any proceeding arising out of the voyage at issue in this case.

Signed on May 2, 2013.

Hon. Lee H. Rosenthal
Presiding Judge